UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

CAUSWAVE, INC., JEFFREY L.
RIGGS, and DIANE R.
BALDWIN,

    Defendants.

Civil Action No. 4:15-cv-00197-D

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Securities and Exchange Commission (the "Commission"), hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants CAUSwave, Inc., Jeffrey L. Riggs, and Diane R. Baldwin. Neither an answer nor a motion for summary judgment has been filed by any opposing party in this case.

Dated: December 16, 2015

                              Respectfully submitted,

/s/ Paul Kim
Paul Kim
Senior Trial Counsel
Georgia Bar No. 418841
Email: kimpau@sec.gov
Local Rule 83.1 Counsel

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Email: loomism@sec.gov
Local Rule 83.1 Counsel

Elizabeth Skola
Staff Attorney
Georgia Bar No. 650901
Email: skolae@sec.gov
Local Rule 83.1 Counsel

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, Georgia 30326-1382
Tel: (404) 842-7600
Fax: (404) 842-7666

2